UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN M. GRIFFITT,<br><br>　　　　　　Defendant. | NO. CR-04-2081-LRS<br><br>**ORDER OF DISMISSAL** |

On February 13, 2006, per the negotiated plea agreement in CR-04-2079-LRS, the Government orally moved to dismiss the charge contained in the above-referenced matter.  The Court granted the motion.

Accordingly, the Indictment (Ct. Rec. 10) is **DISMISSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this ___13th___ day of February, 2006.

　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　United States District Judge

ORDER ~ 1